ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
*rzur@elkinskalt.com*
LAUREN N. GANS, State Bar No. 247542
*lgans@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Appellant
S&W Blue Jay Way, LLC

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

In re

S&W Blue Jay Way, LLC,

Reorganized Debtor.

S&W Blue Jay Way, LLC,

Appellant,

v.

Blue Jay 180, LLC,

Appellee.

Case No. 2:25-cv-07479-AH

Bankr. Case No. 9:23-bk-10672-RC

Chapter 11

**STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023**

Pursuant to Federal Rule of Bankruptcy Procedure 8023, the parties to this appeal agree that the above-captioned appeal shall be dismissed with prejudice.

Each party shall bear its own costs and fees.

DATED: October 13, 2025

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: /s/ Roye Zur
ROYE ZUR
LAUREN N. GANS
Attorneys for appellant
S&W Blue Jay Way, LLC

DATED: October 13, 2025

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES APC

By: /s/ Ronald N. Richards
RONALD N. RICHARDS
Attorneys for appellee
Blue Jay 180, LLC

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499