ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  rzur@elkinskalt.com
LAUREN N. GANS, State Bar No. 247542
  lgans@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Appellant
S&W Blue Jay Way, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>S&W Blue Jay Way, LLC,<br><br>            Reorganized Debtor. | Case No. 2:25-cv-07479-AH<br><br>Bankr. Case No. 9:23-bk-10672-RC<br><br>Chapter 11 |
| S&W Blue Jay Way, LLC,<br><br>            Appellant,<br><br>     v.<br><br>Blue Jay 180, LLC,<br><br>            Appellee. | **ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023   [11]  [js-6]** |

1  The Court having reviewed and considered the *Stipulation for Voluntary
2  Dismissal of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023* (the
3  "Stipulation") entered into by appellant S&W Blue Jay Way, LLC, and appellee
4  Blue Jay 180, LLC, and good cause appearing,

5  **IT IS ORDERED** that the Stipulation is approved, and the above-captioned
6  appeal hereby is dismissed with prejudice.

8  Dated:  October 14, 2025

_____
Honorable Anne Hwang
UNITED STATES DISTRICT JUDGE

12  CC: USBK Court

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

5624335

2

ORDER ON STIPULATION TO DISMISS APPEAL